THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS McCULLOUGH, Appellant.

*People* v. *McCullough,* 102 App. Div. 619, affirmed.
(Argued June 5, 1905; decided June 16, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 1, 1905, which affirmed a judgment of the Monroe County Court rendered upon a verdict convicting the defendant of the crime of robbery in the first degree.

*William H. Sullivan* and *George Raines* for appellant.

*Howard A. Widener* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

GERARDINE H. HICKOK, Respondent, *v.* ELIZABETH M. BUNTING et al., as Executrices of ELLA F. BUNTING, Deceased, Appellants.

*Hickok* v. *Bunting,* 92 App. Div. 167, affirmed.
(Argued June 8, 1905; decided June 16, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 21, 1904, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Herbert Parsons* for appellants.

*Edward L. Blackman* and *Alfred B. Cruikshank* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.